*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
DEERWESTER, BURGTORF, and KIRKBY
Appellate Military Judges

―――――――――――――

**UNITED STATES**
*Appellee*

**v.**

**Corey A. HALE**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202200141**

―――――――――――――

Decided: 4 October 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:

Ben Robles (arraignment and motions)
Nicholas Henry (trial)

Sentence adjudged 28 April 2022 by a special court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, forfeiture of $700.00 pay per month for 10 months, and a bad-conduct discharge.

For Appellant:
*Commander Kyle Calvin Kneese, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

*Mark K. Jamison*

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.